FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division          2019 JUN 17 A 11: 13

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:19MJ - 278 |
| | ) | |
| DANIEL C. LEE, | ) | |
| | ) | Court Date: July 1, 2019 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Misdemeanor 7517609)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 21, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, DANIEL C. LEE, did unlawfully operate a motor vehicle while under the influence of any narcotic drug or any other self-administered intoxicant or drug of whatsoever nature, or any combination of such drugs, to a degree which impaired his ability to drive or operate any motor vehicle.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 18.2-266(ii))

Count II (Petty 7517607)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 21, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, DANIEL LEE, did forcibly assault, resist, oppose, impede, intimidate, or interfere with military police officers while engaged in the performance of their official duties.

(In violation of Title 18, United States Code, Section 111(a))

Count III (Petty 7517606)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 21, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, DANIEL C. LEE, did go upon a military reservation, post, or installation, for any purpose prohibited by law or lawful regulation.

(In violation Title 18, United States Code, Section 1382)

Count IV (Petty 7517608)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 21, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, DANIEL C. LEE, did after being advised of the consequences, refuse to consent to a chemical test and tests of his blood, breath, and urine, after arrest for driving under the influence.

(In violation Title 18, United States Code, Section 3118(b)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
Amanda Williams
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: amanda.r.williams@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2019, a true and correct copy of the Criminal Information was mailed to the defendant at:

DANIEL C. LEE
4623 4623 Fillingame Drive
Chantilly, VA 20151

By: _____
Amanda Williams
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: amanda.r.williams@usdoj.gov